UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

**Consent Order of Restitution**

v.

SAUL COLÓN TAVAREZ                         25 Cr. 313 (VSB)

_____

Upon the application of the United States of America, by its attorney, Jay Clayton, United

States Attorney for the Southern District of New York, Assistant United States Attorney T. Josiah

Pertz, of counsel, the presentence investigation report, the defendant's conviction on Count One

of the Information, and all other proceedings in this case, it is hereby ORDERED that:

1.    **Amount of Restitution**

SAUL COLÓN TAVAREZ, the defendant, shall pay restitution in the total amount of

$4,200, pursuant to Title 18, United States Code, Section 3663A, to each victim of the offense

charged in Count One.  Victim identifying information and amount owed are set forth in the

Schedule of Victims, attached hereto as Schedule A.  Upon advice by the United States Attorney's

Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the

new address without further order of this Court.

A.    **Joint and Several Liability**

Restitution is joint and several with the following defendant(s) in the following case(s):

DANYELA BELTRE, 24 CR. 529 (VM). The defendant's liability to pay restitution shall continue

unabated until either the defendant has paid the full amount of restitution ordered herein, or every

victim in Schedule A has recovered the total amount of each loss from the restitution paid by the

defendant and all other defendants ordered to pay the same victims.

2025.02.20

**B.      Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.  Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

**2.      Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution as follows:

- During the term of imprisonment, if the defendant is engaged in a Bureau of Prisons ("BOP") non-UNICOR work program, the defendant shall pay $25 per quarter toward the criminal financial penalties. However, if the defendant participates in the BOP's UNICOR program as a grade 1 through 4, the defendant shall pay 50% of his monthly UNICOR earnings toward the criminal financial penalties, consistent with BOP regulations at 28 C.F.R. § 545.11.

- If any portion of the financial penalties remain unpaid at the time of defendant's release from prison, the remainder shall be paid during the term of the supervised release in monthly installments of 20% of gross monthly revenues.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

2025.02.20                                                    2

3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website athttps://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write the defendant's name and the docket number of this case on each check or money order.

4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

[continued on next page]

6.    **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal

Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto

as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed

to the listed victims, the Government, the investigating agency, the Clerk's Office, and the

Probation Office, as needed to effect and enforce this Order, without further order of this Court.


AGREED AND CONSENTED TO:
JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    _/s/_____                                          12/23/25_____
T. Josiah Pertz                                             DATE
26 Federal Plaza, 37th Floor
New York, NY 10278



SAUL COLÓN TAVAREZ


By: _Kenneth J. Montgomery_                                 _12/23/25___
Kenneth Montgomery, Esq.                                    DATE
Attorney for Defendant



SO ORDERED:

_Vernon Broderick_                                          01/08/2026
HONORABLE VERNON S. BRODERICK                              DATE
UNITED STATES DISTRICT JUDGE



2025.02.20                           4